F.#2003R00544

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 27 2006 ★
BROOKLYN OFFICE

- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

VICTOR JACOBOWITZ,

       Defendant.

O R D E R

Cr. No. 04-558 (JG)

- - - - - - - - - - - - - - - -X

   The Court having found that there is reasonable cause to believe that the defendant VICTOR JACOBOWITZ may presently be suffering from a mental disease or defect rendering him unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense, and that a psychiatric or psychological examination of the defendant is therefore warranted to determine the defendant's fitness to proceed; it is hereby ORDERED:

   That Mark J. Mills, J.D., M.D., conduct a psychiatric examination of the defendant, in accordance with Title 18, United States Code, Sections 4241(b) and 4247(b), to determine the defendant's competency; and

2

That a psychiatric report be prepared, in accordance with Title 18, United States Code, Sections 4241(b) and 4247(c), and filed with the Court and counsel for the defendant and the government.

Dated:   April 20, 2006
         Brooklyn, New York

SO ORDERED:

s/John Gleeson
_____
Honorable John Gleeson
United States District Judge
Eastern District of New York