RECEIVED
MAY - 2 2006
CHAMBERS OF JUDGE GLEESON

LAW OFFICES
ALBERT J. KRIEGER, P. A.
1899 SOUTH BAYSHORE DRIVE
MIAMI, FLORIDA 33133

TELEPHONE (305) 854-0050
FAX (305) 285-1761
E-MAIL: ajkriegerlaw@ibm.net

ALBERT J. KRIEGER
ALSO ADMITTED IN NY & MI

SUSAN W. VAN DUSEN
SCOTT A. SREBNICK
OF COUNSEL

April 28, 2006

*Both Applications are granted.*
*So ordered.*

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 1 2006 ★
BROOKLYN OFFICE

Honorable John Gleeson
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11021

s/John Gleeson

5-8-06

Re:     *United States v. Victor Jacobowitz*
        Case No. 04-558 (JG)

Dear Judge Gleeson:

I must confess that I neglected to make an application in respect to my client, Victor Jacobowitz, and, therefore, make the following request. I ask the Court to order a *nunc pro tunc* sealing of AUSA Richard Faughnan's letter to the Court dated April 14, 2006, seeking a medical examination, and the Order issued pursuant to such request and any reports or other materials related to this matter. We have respected the privacy interests of Mr. Jacobowitz in prior proceedings about these circumstances.

I have conferred with AUSA Faughnan and he has stated that he has no objection to such sealing.

I am further advised by AUSA Faughnan that the Court is considering a hearing or report date of May 18, 2006, at 3:00 p.m. If this can be done by a telephone appearance, I would appreciate it, but whatever is convenient for the Court is, of course, convenient for me.

Respectfully yours,

ALBERT J. KRIEGER

AJK:cg